March 14, 2008

Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701-3520
Mr. E. R. Fleuriet
The Fleuriet Law Firm, P.C.
621 E. Tyler
Harlingen, TX 78550

RE: Case Number: 07-0495
 Court of Appeals Number: 13-04-00409-CV
 Trial Court Number: C-939-98-A

Style: SOUTHWEST GRAIN CO.
 v.
 MARTIN P. GARZA, JR., ABEL N. GONZALEZ, JR. AND AIDA GRACIELA
 GONZALEZ

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Laura |
| |Hinojosa |